Ronald L. Richman, SBN 139189
Joye Blanscett, SBN 191242
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
E-mail: ron.richman@bullivant.com
E-mail: joye.blanscett@bullivant.com
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>F & M ENGINEERING CONTRACTORS, INC., a California corporation; and CLETUS MARION McCONVILLE, an Individual,<br><br>Defendants. | Case No.: C 07 0486 EDL<br><br>**STIPULATED REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT F&M ENGINEERING CONTRACTORS, INC. And [~~PROPOSED~~] ORDER THEREON** |
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING<br><br>TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: C-07 0487 EDL |

08/07/2007 09:49 4089716271 DIEMER & WHITMAN PAGE 02/03

Plaintiffs,

vs.

F & M ENGINEERING CONTRACTORS, INC., a California corporation; and CLETUS MARION McCONVILLE, an Individual,

Defendants.

IT IS HEREBY STIPULATED by and between Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California, and Defendant Cletus Marion McConville that Defendant F&M Engineering Contractors, Inc., be dismissed from the above-captioned matter without prejudice. Defendant F&M Engineering Contractors, Inc., has not appeared in this action and is currently in bankruptcy.

DATED: August 7, 2007

BULLIVANT HOUSER BAILEY PC

By
Joye Blanscett
Attorneys for Plaintiffs Laborers Trust Funds

DATED: August 7, 2007

DIEMER, WHITMAN & CARDOSI, LLP

By
Judith L. Whitman
Attorneys for Defendant McConville

Error! Unknown document property name.

-2-

Stipulated Request for Dismissal without Prejudice of Defendant F&M Engineering Contractors, Inc. and [proposed] Order Thereon

**[~~proposed~~] ORDER**

IT IS SO ORDERED that Defendant F&M Engineering Contractors, Inc., is dismissed without prejudice.

DATED: August _13_, 2007

By ______________________
HON. E
UNITED S

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Elizabeth D. Laporte

6084237.1

-3-

Stipulated Request for Dismissal without Prejudice of Defendant F&M Engineering Contractors, Inc. and [~~proposed~~] Order Thereon