1  Ronald L. Richman, SBN 139189
   Joye Blanscett, SBN 191242
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: joye.blanscett@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7
                UNITED STATES DISTRICT COURT
8               NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
9

10 BOARD OF TRUSTEES OF THE CEMENT          Case No.: C 07 0486 EDL
   MASONS HEALTH AND WELFARE TRUST
11 FUND FOR NORTHERN CALIFORNIA;
   BOARD OF TRUSTEES OF THE CEMENT          **STIPULATION TO CONTINUE CASE**
12 MASONS VACATION-HOLIDAY TRUST            **MANAGEMENT CONFERENCE;**
   FUND FOR NORTHERN CALIFORNIA;            **PROPOSED ORDER**
13 BOARD OF TRUSTEES OF THE CEMENT
   MASONS PENSION TRUST FUND FOR
14 NORTHERN CALIFORNIA; and BOARD OF
   TRUSTEES OF THE CEMENT MASONS            Date:     October 9, 2007
15 TRAINING TRUST FUND FOR NORTHERN         Time:     10:00 a.m.
   CALIFORNIA,                              Ctroom:   E, 15th Floor

16              Plaintiffs,

17      vs.

18 F & M ENGINEERING CONTRACTORS,
   INC., a California corporation; and CLETUS
19 MARION McCONVILLE, an Individual,

20              Defendants.

21 BOARD OF TRUSTEES OF THE                 Case No.:  C-07 0487 EDL
   LABORERS HEALTH AND WELFARE
22 TRUST FUND FOR NORTHERN
   CALIFORNIA; BOARD OF TRUSTEES OF
23 THE LABORERS VACATION-HOLIDAY
   TRUST FUND FOR NORTHERN
24 CALIFORNIA; BOARD OF TRUSTEES OF
   THE LABORERS PENSION TRUST FUND
25 FOR NORTHERN CALIFORNIA; and
   BOARD OF TRUSTEES OF THE
26 LABORERS TRAINING AND RETRAINING
   TRUST FUND FOR NORTHERN
27 CALIFORNIA,

28              Plaintiffs,

|   |   |
|---|---|
| 1 | vs. |
| 2 | F & M ENGINEERING CONTRACTORS, INC., a California corporation; and CLETUS MARION McCONVILLE, an Individual, |
| 3 |  |
| 4 | Defendants. |
| 5 |  |

## STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

Plaintiffs Board of Trustees of The Cement Masons Health and Welfare Trust Fund for Northern California; Board of Trustees of The Cement Masons Vacation-Holiday Trust Fund for Northern California; Board of Trustees of The Cement Masons Pension Trust Fund for Northern California; and Board of Trustees of The Cement Masons Training Trust Fund for Northern California ("Cement Masons Trust Funds"), and Defendant Cletus Marion McConville ("McConville") stipulate to and respectfully request that the court continue the Case Management Conference in this matter currently set for October 9, 2007 at 10:00 a.m. for a period of sixty (60) days.

The parties have reached a tentative settlement agreement in this case. The details of the settlement are dependant however upon defendant resolving disputes with other third-party creditors to this action. Defendant has made progress in this regard and plaintiffs have presented defendant with a draft settlement agreement. The parties believe that a final settlement can be reached and the settlement agreement fully executed in the next sixty (60) days.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

    In addition to the foregoing, Defendant's counsel has a calendaring conflict with the case management conference, which she has been unable to resolve. Accordingly, the parties request that this court continue the case management conference in this matter.

    IT IS SO STIPULATED:

DATED: September 27, 2007

BULLIVANT HOUSER BAILEY PC

By /s/ _____
    Joye Blanscett
    Attorneys for Plaintiffs Cement Masons
    Trust Funds

DATED: September 27, 2007

DIEMER, WHITMAN & CARDOSI, LLP

By /s/ _____
    Judith L. Whitman
    Attorneys for Defendant Cletus M. McConville

### [~~PROPOSED~~] ORDER

    Good cause appearing, it is so ORDERED that the case management conference currently set for October 9, 2007 at 10:00 a.m. is continued to _December 11, 2007_, at 10:00 a.m. in Courtroom E, 15th Floor.

DATED: September 28, 2007

By _____
HON. _____
UNITED STATES _____ JUDGE

*[Stamp: IT IS SO ORDERED — Judge Elizabeth D. Laporte — United States District Court, Northern District of California]*