Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
E-mail: ron.richman@bullivant.com
E-mail: susan.olson@bullivant.com
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: C 07 0486 EDL<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date: February 12th, 2008<br>Time: 10:00 a.m.<br>Ctroom: E, 15th Floor |

                              Plaintiffs,

            vs.

F & M ENGINEERING CONTRACTORS, INC., a California corporation; and CLETUS MARION McCONVILLE, an Individual,

                              Defendants.

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: C-07 0487 EDL |

6092735.1

CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

|   |
|---|
| Plaintiffs, |
| vs. |
| F & M ENGINEERING CONTRACTORS, INC., a California corporation; and CLETUS MARION McCONVILLE, an Individual, |
| Defendants. |

Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California ("Laborers Trust Funds") and Defendant Cletus Marion McConville ("McConville") continue to meet and confer regarding settlement negotiations.

Defendant F & M Engineering Contractors, Inc. is in bankruptcy and the case is stayed as to this Defendant. For the past several months, the Laborers Trust Funds and McConville have been working on reaching a settlement. However, at this time, McConville is meeting with bankruptcy attorneys and may file a Ch. 13 Bankruptcy. If McConville files for Ch. 13 Bankruptcy, this action will be stayed pending bankruptcy.

McConville will make a decision within the next 30 days as to whether he qualifies for a Ch. 13 Bankruptcy. Therefore, it is anticipated that within 30 days either McConville will file for Ch. 13 Bankruptcy or this matter will be ready to be set for trial.

/ / /

/ / /

/ / /

/ / /

/ / /

Based on the above, the parties respectfully request that this Court continue the Case Management Conference for 30 days.

DATED: February 4, 2008

BULLIVANT HOUSER BAILEY PC

By _~Ronald~ L. Richman_
Ronald L. Richman
Attorneys for Plaintiffs Laborers Trust Funds

DATED: February 4, 2008

DIEMER, WHITMAN & CARDOSI, LLP

By _Judith L. Whitman_
Judith L. Whitman
Attorneys for Defendant Cletus M. McConville

**ORDER**

Good cause appearing, it is so ORDERED that the case management conference currently set for February 12, 2008 at 10:00 a.m. is continued to __March 11_____, 2008 at 10:00 a.m. in Courtroom E, 15th Floor. The parties shall submit a joint case management conference statement no later than March 4, 2008.

DATED: February_6_, 2008

By _____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte

6092735.1

CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON