| | |
|---|---|
| 1 | Ronald L. Richman, SBN 139189 |
| | Susan J. Olson, SBN 152467 |
| 2 | BULLIVANT HOUSER BAILEY PC |
| | 601 California Street, Suite 1800 |
| 3 | San Francisco, California 94108 |
| | E-mail: ron.richman@bullivant.com |
| 4 | E-mail: susan.olson@bullivant.com |
| | Telephone: 415.352.2700 |
| 5 | Facsimile: 415.352.2701 |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> F & M ENGINEERING CONTRACTORS, INC., a California corporation; and CLETUS MARION McCONVILLE, an Individual, <br><br> Defendants. | Case No.: C 07 0486 EDL <br><br> **JOINT CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON** <br><br> Date: March 11, 2008 <br> Time: 10:00 a.m. <br> Ctroom: E, 15th Floor |
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: C-07 0487 EDL |

10464872.1

-1-
CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

|   |   |
|---|---|
| | Plaintiffs, |
| vs. | |
| F & M ENGINEERING CONTRACTORS, INC., a California corporation; and CLETUS MARION McCONVILLE, an Individual, | |
| | Defendants. |

Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California ("Laborers Trust Funds") and Defendant Cletus Marion McConville ("McConville") continue to meet and confer regarding settlement negotiations.

Defendant F & M Engineering Contractors, Inc. is in bankruptcy and the case is stayed as to this Defendant. For the past several months, the Laborers Trust Funds and Mr. McConville have been working on reaching a settlement if Mr. McConville did not qualify for a Ch. 13 Bankruptcy. Although the parties anticipated that Mr. McConville would have reached a decision regarding a possible Ch. 13 Bankruptcy prior to March 11, 2008, no decision has been made. If Mr. McConville files for Ch. 13 Bankruptcy, this action will be stayed pending bankruptcy. If Mr. McConville does not file for Ch. 13 Bankruptcy, the parties are optimistic that a settlement will be reached with Mr. McConville.

Counsel for Mr. McConville believes that Mr. McConville will decide within the next 30 days as to whether he qualifies for a Ch. 13 Bankruptcy. Therefore, it is anticipated that within 30 days either McConville will file for Ch. 13 Bankruptcy or this matter will be ready to be set for trial (hopefully a trial will be avoided by virtue of a settlement).

/ / /

10464872.1

-2-

CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

Based on the above, the parties respectfully request that this Court continue the Case Management Conference one last tome for a period of 30 days.

DATED: March 4, 2008

BULLIVANT HOUSER BAILEY PC

By /s/ Ronald L. Richman
Ronald L. Richman
Attorneys for Plaintiffs Laborers Trust Funds

DATED: March 4, 2008

DIEMER, WHITMAN & CARDOSI, LLP

By /s/ Judith L. Whitman
Judith L. Whitman
Attorneys for Defendant Cletus M. McConville

**ORDER**

Good cause appearing, it is so ORDERED that the case management conference currently set for March 11, 2008 at 10:00 a.m. is continued to __April 15__, 2008 at 10:00 a.m. in Courtroom E, 15th Floor. A joint case management conference statement shall be filed no later than April 8, 2008.

DATED: March 5, 2008

By _____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*