Ronald L. Richman, SBN 139189
E-mail: ron.richman@bullivant.com
Susan J. Olson, SBN 152467
E-mail: susan.olson@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> F & M ENGINEERING CONTRACTORS, INC., a California corporation; and CLETUS MARION McCONVILLE, an Individual, <br><br> Defendants. | Case No.: C 07 0486 EDL <br><br> **JOINT CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON** <br><br> Date: April 15, 2008 <br> Time: 10:00 a.m. <br> Ctroom: E, 15th Floor |
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No. C 07 0487 EDL: |

– 1 –

|   |   |
|---|---|
| 1 | Plaintiffs, |
| 2 | v. |
| 3 | F & M ENGINEERING CONTRACTORS, |
| 4 | INC., a California corporation; and CLETUS MARION McCONVILLE, an Individual, |
| 5 | Defendants. |

Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California ("Laborers Trust Funds") and Defendant Cletus Marion McConville ("McConville") continue to meet and confer in an effort to resolve the case.

Defendant F & M Engineering Contractors, Inc. is in bankruptcy and the case is stayed as to this Defendant. As to Defendant McConville, McConville has proposed a settlement that includes an extended payment plan. Because of the nature of the settlement, in particular, the extended payment plan, such a settlement has to be approved by the Delinquency Committee of the Laborers Trust Funds. The Delinquency Committee meets quarterly. The next quarterly meeting is May 8, 2008. At that time, the Delinquency Committee will decide whether or not to accept the settlement proposal. If the proposal is accepted, the parties anticipate that a settlement agreement and Stipulation for Judgment will be filed on or before May 30, 2008. If the settlement is not approved, the parties anticipate that they will continue settlement negotiations and attempt to reach a compromise on or before May 30, 2008.

///

///

///

1  Based on the above, the parties respectfully request that this Court continue the Case
2  Management Conference for a period of 45 days so that the parties can attempt to reach a final
3  resolution of this case.
4  DATED: April 3, 2008

6  BULLIVANT HOUSER BAILEY PC

8  By _____
   Ronald L. Richman
9  Attorneys for Plaintiffs Laborers Trust Funds

10 DATED: April 3, 2008

12 DIEMER, WHITMAN & CARDOSI, LLP

13 By _____
14 Judith L. Whitman
   Attorneys for Defendant Cletus M. McConville

16 **ORDER**

18  Good cause appearing, it is so ORDERED that the case management conference
19 currently set for April 15, 2008 at 10:00 a.m. is continued to _____June 3_____, 2008 at
20 10:00 a.m. in Courtroom E, 15th Floor.
21 DATED: ~~March~~ April 3, 2008

23 By _____
   HON. ELIZABETH D. LAPORTE
24 UNITED STATES MAGISTRATE JUDGE

26 10489994.1

- 3 -
JOINT CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON