1 | Ronald L. Richman, SBN 139189
E-mail: ron.richman@bullivant.com
2 | Susan J. Olson, SBN 152467
E-mail: susan.olson@bullivant.com
3 | BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
4 | San Francisco, California 94108
Telephone: 415.352.2700
5 | Facsimile: 415.352.2701

6 | Attorneys for Plaintiffs

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

| | |
|---|---|
| 11 BOARD OF TRUSTEES OF THE CEMENT | Case No.: C 07 0486 EDL |
| 12 MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; | **JOINT CASE MANAGEMENT** |
| 13 BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST | **CONFERENCE STATEMENT; ORDER THEREON** AS MODIFIED |
| 14 FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT | |
| 15 MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF | Date:     June 3, 2008 |
| 16 TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN | Time:     10:00 a.m. |
| 17 CALIFORNIA, | Ctroom:   E, 15th Floor |
| 18                         Plaintiffs, | |
| 19              v. | |
| 20 F & M ENGINEERING CONTRACTORS, INC., a California corporation; and CLETUS | |
| 21 MARION McCONVILLE, an Individual, | |
| 22                         Defendants. | |
| 23 BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE | |
| 24 TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF | |
| 25 THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN | |
| 26 CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND | Case No. C 07 0487 EDL: |
| 27 FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE | |
| 28 LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | |

– 1 –

1

2
               Plaintiffs,

3
     v.

4
F & M ENGINEERING CONTRACTORS,
INC., a California corporation; and CLETUS
MARION McCONVILLE, an Individual,

5

                Defendants.

6

7      Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern

8  California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern

9  California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and

10
Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California

11
("Laborers Trust Funds") and Defendant Cletus Marion McConville ("McConville") continue to

12
meet and confer in an effort to resolve the case.

13

14      Defendant F & M Engineering Contractors, Inc. is in bankruptcy and the case is stayed

15  as to this Defendant. As to Defendant McConville, McConville has proposed a settlement that

16  includes an extended payment plan. Because of the nature of the settlement, in particular, the

17
extended payment plan, such a settlement has to be approved by the Delinquency Committee of

18
the Laborers Trust Funds.  The Delinquency Committee meets quarterly and was to meet on

19
May 8, 2008.  Unfortunately, the meeting was continued to August 14, 2008.  At that time, the

20
Delinquency Committee will decide whether or not to accept the settlement proposal. If the

21

22  proposal is accepted, the parties anticipate that a settlement agreement and Stipulation for

23  Judgment will be filed on or before August 29, 2008.  If the settlement is not approved, the

24  parties anticipate that they will continue settlement negotiations and attempt to reach a

25
compromise on or before August 29, 2008.

26
/ / /

27
/ / /

28
/ / /

−2−

1    Based on the above, the parties respectfully request that this Court continue the Case

2 Management Conference to early September, 2008 so that the parties can attempt to reach a

3 final resolution of this case.

4 DATED:  May 22, 2008

5

6                                        BULLIVANT HOUSER BAILEY PC

7

8                                        By    _____/s/_____

9                                              Ronald L. Richman
                                              Attorneys for Plaintiffs Laborers Trust Funds

10 DATED:  May 22, 2008

11                                       DIEMER, WHITMAN & CARDOSI, LLP

12

13

14                                       By    _____/s/_____
                                              Judith L. Whitman

15                                            Attorneys for Defendant Cletus M. McConville

16                                       **ORDER**

17

18    Good cause appearing, it is so ORDERED that the case management conference

19 currently set for June 3, 2008 at 10:00 a.m. is continued to  September 9           , 2008 at
   3:00 PM

20 10:00 a.m. in Courtroom E, 15th Floor.  A joint case management statement shall be filed no
                                          later than September 2, 2008.

21 DATED:  May_ 23 _, 2008

22

23                                       By    _____

24                                            HON. ELIZ...         ...RTE
                                              UN...  IT IS SO ORDERED  ...TE JUDGE

25                                            Elijah D. Lapt...
                                              Judge Elizabeth D. Laporte

26 10574164.1

27

28

                                        — 3 —