1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: susan.olson@bullivant.com

6
   Attorneys for Plaintiffs Trust Funds
7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

| 11 | BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: C 07 0486 EDL<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:    September 9, 2008<br>Time:    10:00 a.m.<br>Ctroom:  E, 15th Floor |
|---|---|
|  | Plaintiffs, |
|  | v. |
|  | F & M ENGINEERING CONTRACTORS, INC., a California corporation; and CLETUS MARION McCONVILLE, an Individual, |
|  | Defendants. |
|  | BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No. C 07 0487 EDL: |

– 1 –
JOINT CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

|   |
|---|
| Plaintiffs, |
| v. |
| F & M ENGINEERING CONTRACTORS, INC., a California corporation; and CLETUS MARION McCONVILLE, an Individual, |
| Defendants. |

Plaintiffs Board of Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, Board of Trustees of the Cement Masons Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Cement Masons Pension Trust Fund for Northern California and Board of Trustees of the Cement Masons Training Trust Fund for Northern California ("Cement Masons Trust Funds") and the Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California ("Laborers Trust Funds") and Defendant Cletus Marion McConville ("McConville") have reached a settlement in this case.

Defendant F & M Engineering Contractors, Inc. is in bankruptcy and the case is stayed as to this Defendant.

Plaintiffs Cement Masons Trust Funds and Laborers Trust Funds, on the one hand, and Defendant McConville, on the other hand, anticipate that the settlement documents will be executed and filed and this case dismissed within the next 30 days.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Based on the above, the parties respectfully request that this Court continue the Case Management Conference for an additional thirty days so that the parties can finalize the settlement and file the respective dismissals in these actions.

DATED: September 2, 2008

BULLIVANT HOUSER BAILEY PC

By       /s/
      Ronald L. Richman

Attorneys for Plaintiffs Trust Funds

DATED: September 2, 2008

DIEMER, WHITMAN & CARDOSI, LLP

By       /s/
      Judith L. Whitman

Attorneys for Defendant Cletus M. McConville

**ORDER**

Good cause appearing, it is so ORDERED that the case management conference currently set for September 9, 2008 at 10:00 a.m. is continued to ___October 10___, 2008 at ~~10:00~~ 11:00 a.m. in Courtroom E, 15th Floor.

DATED: September __3__, 2008

By _____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte