Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>F & M ENGINEERING CONTRACTORS, INC., a California corporation; and CLETUS MARION McCONVILLE, an Individual,<br><br>Defendants. | Case No.: C 07 0486 EDL<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:        October 10, 2008<br>Time:       10:00 a.m.<br>Ctroom:    E, 15th Floor |
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No. C 07 0487 EDL: |

– 1 –

1
2                         Plaintiffs,

   v.

3  F & M ENGINEERING CONTRACTORS,
4  INC., a California corporation; and CLETUS
   MARION McCONVILLE, an Individual,
5
                       Defendants.

6         Plaintiffs Board of Trustees of the Cement Masons Health and Welfare Trust Fund for
7  Northern California, Board of Trustees of the Cement Masons Vacation-Holiday Trust Fund for
8  Northern California, Board of Trustees of the Cement Masons Pension Trust Fund for Northern
9  California and Board of Trustees of the Cement Masons Training Trust Fund for Northern
10 California ("Cement Masons Trust Funds") and the Board of Trustees of the Laborers Health
11 and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-
12 Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust
13 Fund for Northern California and Board of Trustees of the Laborers Training and Retraining
14 Trust Fund for Northern California ("Laborers Trust Funds") and Defendant Cletus Marion
15 McConville ("McConville") have reached a settlement in this case.
16        Defendant F & M Engineering Contractors, Inc. filed for bankruptcy and on or about
17 August 13, 2007, this Court granted the Plaintiffs' request for dismissal, without prejudice, as to
18 F&M Engineering Contractors, Inc.
19        The settlement documents for McConville will be executed and the parties will file a
20 Stipulation for Dismissal, With Prejudice, within the next 30 days.

    Based on the above, the parties respectfully request that this Court continue the Case Management Conference for 30 days. Within this time period, this case will be dismissed.

DATED: October 6, 2008

                                             BULLIVANT HOUSER BAILEY PC

                                             By         /s/        
                                                    Ronald L. Richman

                                            Attorneys for Plaintiffs Trust Funds

DATED: October 6, 2008

                                           DIEMER, WHITMAN & CARDOSI, LLP

                                             By         /s/        
                                                    Judith L. Whitman

                                            Attorneys for Defendant Cletus M. McConville

**ORDER**

    Good cause appearing, it is so ORDERED that the case management conference currently set for October 10, 2008 at 10:00 a.m. is continued to November 18, 2008 at 10:00 a.m. in Courtroom E, 15th Floor.

DATED: October 6, 2008

                                             By         /s/ Elizabeth D. Laporte        
                                                HONORABLE ELIZABETH D. LAPORTE
                                                UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*

10834603.1