1    Ronald L. Richman, SBN 139189
     Susan J. Olson, SBN 152467
2    Bullivant Houser Bailey PC
     601 California Street, Suite 1800
3    San Francisco, California  94108
     Telephone: 415.352.2700
4    Facsimile: 415.352.2701
     E-Mail: ron.richman@bullivant.com
5    E-Mail: susan.olson@bullivant.com

6    Attorneys for Plaintiffs
     Cement Masons Trust Funds
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11   BOARD OF TRUSTEES OF THE CEMENT          Case No.: C 07 0486 EDL
     MASONS HEALTH AND WELFARE TRUST
12   FUND FOR NORTHERN CALIFORNIA;           **STIPULATION FOR DISMISSAL;**
     BOARD OF TRUSTEES OF THE CEMENT         **ORDER THEREON**
13   MASONS VACATION-HOLIDAY TRUST
     FUND FOR NORTHERN CALIFORNIA;
14   BOARD OF TRUSTEES OF THE CEMENT
     MASONS PENSION TRUST FUND FOR
15   NORTHERN CALIFORNIA; and BOARD OF
     TRUSTEES OF THE CEMENT MASONS
16   TRAINING TRUST FUND FOR NORTHERN
     CALIFORNIA,
17
                       Plaintiffs,
18
             v.
19
     F & M ENGINEERING CONTRACTORS,
20   INC., a California corporation; and CLETUS
     MARION McCONVILLE, an Individual,
21
                       Defendants.
22
     BOARD OF TRUSTEES OF THE
23   LABORERS HEALTH AND WELFARE
     TRUST FUND FOR NORTHERN
24   CALIFORNIA; BOARD OF TRUSTEES OF
     THE LABORERS VACATION-HOLIDAY
25   TRUST FUND FOR NORTHERN
     CALIFORNIA; BOARD OF TRUSTEES OF      Case No. C 07 0487 EDL:
26   THE LABORERS PENSION TRUST FUND
     FOR NORTHERN CALIFORNIA; and
27   BOARD OF TRUSTEES OF THE
     LABORERS TRAINING AND RETRAINING
28   TRUST FUND FOR NORTHERN
     CALIFORNIA,

                                – 1 –

Plaintiffs,

v.

F & M ENGINEERING CONTRACTORS,
INC., a California corporation; and CLETUS
MARION McCONVILLE, an Individual,

Defendants.

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Board of Trustees of the Cement

Masons Health and Welfare Trust Fund for Northern California, Board of Trustees of the

Cement Masons Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the

Cement Masons Pension Trust Fund for Northern California and Board of Trustees of the

Cement Masons Training Trust Fund for Northern California ("Cement Masons Trust Funds"),

on the one hand, and Defendants F&M Engineering Contractors, Inc., a California Corporation;

and Cletus Marion McConville ("Defendants"), on the other hand, through their respective

counsel, that pursuant to the Settlement Agreement and Release executed by and between the

/ / /

1  parties, that this case be dismissed without prejudice, in its entirety, as to all defendants, each

2  party to bear their own attorneys' fees and costs.

3  DATED:  November 13, 2008

4                                                    BULLIVANT HOUSER BAILEY PC

5

6                                                    By _____/s/_____

7                                                        Ronald L. Richman
                                                        Susan J. Olson

8                                                    Attorneys for Plaintiffs

9  DATED:  November 13, 2008

10

11                                                   DIEMER, WHITMAN & CARDOSI, LLP

12

13                                                   By _____/s/_____
                                                        Judith L. Whitman

14                                                   Attorneys for Defendants

15

16                                                   **ORDER**

17

18        Pursuant to Stipulation by the parties and good cause appearing,

19        IT IS HEREBY ORDERED that this case be dismissed without prejudice, in its entirety,

20  as to all defendants, each party to bear their own attorneys' fees and costs.

21  DATED:  November __25__, 2008

22

23                                                   By _____

24        10912587.1                                 HON._____
                                                     UN_____UDGE

25                                                   IT IS SO ORDERED
                                                     Elizabeth D. Laporte
                                                     Judge Elizabeth D. Laporte

26

27

28

─ 3 ─